Of Counsel:
MATSUI CHUNG SUMIDA & TSUCHIYAMA
A Law Corporation

KEVIN P.H. SUMIDA          2544-0
MARILYN S.H. NAITOH     6742-0
Suite 1400 Mauka Tower
737 Bishop Street
Honolulu, Hawaii 96813
Telephone No. (808) 536-3711
Facsimile No. (808) 599-2979
E-mail: info@triallawhawaii.com

Attorneys for Defendant
ASSOCIATION OF APARTMENT
OWNERS OF WAILUA BAY VIEW
APARTMENTS

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JULIETTE PASION, | ) CIVIL NO. CV04 00332 SOM/LEK |
| | ) |
| Plaintiff, | ) STIPULATION FOR DISMISSAL |
| | ) WITH PREJUDICE OF ALL CLAIMS |
| | ) AND PARTIES; ORDER |
| vs. | ) |
| | ) |
| ASSOCIATION OF APARTMENT | ) |
| OWNERS OF WAILUA BAY VIEW | ) |
| APARTMENTS and JOHN or JANE | ) |
| DOES/DOE ENTITIES 1-10, | ) |
| | ) |
| Defendants. | ) Trial: April 25, 2006 |
| | ) |

## STIPULATION FOR DISMISSAL WITH PREJUDICE OF ALL CLAIMS AND PARTIES

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, the parties described hereinbelow, through their respective counsel, hereby stipulate that the Complaint filed herein be dismissed with prejudice, each party to bear his/her own costs and attorney's fees.

This stipulation is signed by or on behalf of all appearing parties hereunder described. No Doe defendants were identified or represented in this case. There are no remaining parties and/or issues.

Trial is scheduled to commence the week of April 25, 2006.

DATED: HONOLULU, HAWAII,   DEC 3 0 2005

*/s/ Bruce F. Sherman*
BRUCE F. SHERMAN
Attorney for Plaintiff
JULIETTE PASION

DATED: HONOLULU, HAWAII,   DEC 3 0 2005

*/s/*
KEVIN P.H. SUMIDA
MARILYN S.H. NAITOH
Attorneys for Defendant
ASSOCIATION OF APARTMENT
OWNERS OF WAILUA BAY VIEW
APARTMENTS

- 2 -

APPROVED AND SO ORDERED:

_____
JUDGE OF THE ABOVE-ENTITLED COURT

*****************************************************************************

Juliette Pasion v. Association of Apartment Owners of Wailua Bay View Apartments, et al.
Civil No. CV04 00332 SOM/LEK
**STIPULATION FOR DISMISSAL WITH PREJUDICE OF ALL CLAIMS AND PARTIES**